# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 3, 2012

Lyle W. Cayce
Clerk

No.  10-10940

TIMOTHY L. BILIOURIS; ANNE M. BULLOCK; BRIAN BULLOCK; ROBERT BULLOCK; RANDY COUGH; ET AL,

Plaintiffs - Appellees

v.

SUNDANCE RESOURCES, INCORPORATED; MICHAEL PATMAN; DAVID P. PATMAN,

Defendants - Appellants

Consolidated with
No. 11-10283

TIMOTHY L. BILIOURIS; ANNE M. BULLOCK; BRIAN BULLOCK; ROBERT BULLOCK; RANDY COUGH; ET AL.,

Plaintiffs - Appellees

v.

MICHAEL PATMAN; DAVID P. PATMAN,

Defendants - Appellants

Appeals from the United States District Court
for the Northern District of Texas, Dallas
USDC No. 3:07-CV-1591

Before KING, BARKSDALE, and OWEN, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  <u>See</u> 5TH CIR. R. 47.6.[1]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] The appeal is stayed as to Sundance Resources, Inc., pending bankruptcy proceedings.